■ In the Matter of MIGUEL COLON, Consecutive No. 177673, for Discharge from Central New York Psychiatric Center Pursuant to Mental Hygiene Law § 10.09, Appellant, v STATE OF NEW YORK et al., Respondents. [32 NYS3d 531]—Appeal from an order of the Supreme Court, Oneida County (Joseph E. Fahey, A.J.), entered February 6, 2015 in a proceeding pursuant to Mental

Hygiene Law article 10. The order, among other things, continued the commitment of petitioner to a secure treatment facility.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Centra, DeJoseph, Curran and Scudder, JJ.